FILED

GARY M. ORLANSKY, ESQ. (SBN: 82577)
MANN ORLANSKY & POLLAK
1901 FIRST AVENUE, SUITE 405
SAN DIEGO, CA 92101
TEL: (619) 238-5500
FAX: (619) 238-5542

ATTORNEYS FOR PLAINTIFF,
THE JAMES COMPANY PROFIT SHARING PLAN,
a Washington Corporation

11 APR 14 PM 12: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. **CV11  03181 DDP  JCG**<br><br>**COMPLAINT:**<br><br>1.  **BREACH OF WRITTEN CONTRACT**<br>2.  **MONEY HAD AND RECEIVED** |

**PLAINTIFF, THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation**

**HEREBY ALLEGES AS FOLLOWS:**

**GENERAL ALLEGATIONS**

1.     PLAINTIFF, THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation ("PLAINTIFF") is, and at all times herein mentioned was, a corporation with its headquarters located at 114 W. Magnolia, Suite 419, Bellingham, Washington, 98225.

2.     At all times herein mentioned, DEFENDANT JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER ("DEFENDANT") was and is, an individual residing at 12006 Nelson Road, Moorpark, California, 93021, within the County of Ventura.

3.     PLAINTIFF is ignorant of the true names and capacities of DEFENDANTS sued

– 1 –

herein as DOES 1-10, Inclusive, and therefore sues these DEFENDANTS by such fictitious names. PLAINTIFF will amend this complaint to allege their true names and capacities when ascertained.

4. At all times herein mentioned, each and every DEFENDANT herein was the agent, servant, and employee of each and every other DEFENDANT and, in doing the things hereinafter alleged, was acting in the course and scope of such agency and employment. PLAINTIFF further alleges that each DEFENDANT knowingly and willingly conspired, agreed and combined to commit the acts herein alleged and ratified, condoned and approved the actions of each and every other DEFENDANT.

### ALLEGATIONS REGARDING VENUE

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1332, as each PLAINTIFFS' citizenship is diverse from each DEFENDANT, and the amount in controversy under this action exceeds $75,000.00.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a) as DEFENDANTS are residents of Ventura, California.

### ALLEGATIONS REGARDING PROCEDURE

7. This case is a companion case to the case entitled *THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation v. JOHN R. ZENTNER III, et al.,* filed in Arizona, Mojave Superior Court, Case No. CV2011-00210 on February 8, 2011 ("the Arizona litigation"). A copy of the complaint in the Arizona litigation is attached hereto as Exhibit 1. The complaint was served upon DEFENDANT on March 9, 2011. A copy of the proof of service is attached hereto as Exhibit 2. DEFENDANT has not answered the complaint in the Arizona litigation and is now in default. A copy of the signed, notarized application for default in the Arizona litigation and a memo to the clerk regarding same are collectively attached hereto as Exhibit 3.

8. Federal Rule of Civil Procedure 64 provides for prejudgment attachment, and other prejudgment remedies, as follows: At the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment. But a federal statute governs to the extent it applies. The remedies available under this rule include the following - however

MANN ORLANSKY & POLLAK
ATTORNEYS AT LAW
1901 FIRST AVENUE – SUITE 405
SAN DIEGO, CALIFORNIA 92101

designated and regardless of whether state procedure requires an independent action: arrest; attachment; garnishment; replevin; sequestration; and other corresponding or equivalent remedies. In this case PLAINTIFF seeks a prejudgment writ of attachment on real property owned by DEFENDANT located in Ventura, California, at 12006 Nelson Road, Moorpark, California 93021, with the legal description as follows:

> All that certain real property situated in the County of Ventura, State of California, described as follows:
>
> Lot 119 of Tract 4298-3, in the City of Moorpark, County of Ventura, State of California, as per map recorded in Book 151 Pages 7 through 31 of Miscellaneous Records (Maps), in the office of the County Recorder of said County.
>
> EXCEPT therefrom an undivided one-half interest in all oil, gas, minerals and other hydrocarbon substances lying below a depth shown below but with no right of surface entry, as provided in deed.
>
> Depth:        500 feet
>
> Recorded:    November 15, 1960 in Book 1929 Page 7 and May 13, 1970 in Book 3661 Page 84, both of Official Records.

## FACTUAL ALLEGATIONS

9.    On or about September 24, 2005, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company loaned DEFENDANT $132,192.00. DEFENDANT signed a Note, a copy of which is attached hereto as Exhibit 4 ("the Note"). The Note was secured by a first deed of trust on property owned by DEFENDANT, consisting of raw land in Mojave County, Arizona.

10.    On or about August 10, 2007and October 15, 2008, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company assigned the Note to PLAINTIFF. Both Assignments are attached hereto, collectively, as Exhibit 5.

11.    On or about October 15, 2009 DEFENDANT defaulted on the Note and has not made any payments on the Note since September 15, 2009.

12.    On or about July 29, 2010, PLAINTIFF's attorneys made a demand for payment of the entire balance due on the Note of $140,511.25, plus interest of $48.12 per day after July 15, 2010 and reimbursement for legal costs of $600.00. DEFENDANT has made no payments on the Note since the date of the above referenced demand and Plaintiff has incurred and will continue to incur damages as well as additional legal fees and costs.

- 3 -

## FIRST CAUSE OF ACTION

## BREACH OF WRITTEN CONTRACT

13. PLAINTIFF realleges and incorporates herein by this reference the allegations made in paragraphs 1 through 12 inclusive, as though fully set forth herein.

14. PLAINTIFF as well as his assignor, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company, have substantially performed all conditions, covenants and promises regarding their part to be performed according to the terms and conditions of the Note.

15. DEFENDANT breached the terms of the Note by failing to make payments on the Note as alleged herein.

16. As a result of DEFENDANT's breaches of the Note, PLAINTIFF has suffered, and continues to suffer damages of at least $147,799.33 plus additional interest, attorneys' fees and costs.

## SECOND CAUSE OF ACTION

## MONEY HAD AN RECEIVED (COMMON COUNT)

17. PLAINTIFF incorporates herein by this reference the allegations made in paragraphs 1 through 16 inclusive, as though fully set forth herein.

18. On or about, October 15, 2009, at Ventura, California, DEFENDANT became indebted to PLAINTIFF's assignor, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company and PLAINTIFF in the sum of $132,192.00 for money had and received by PLAINTIFF's assignor, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company. There is now owing to PLAINTIFF the sum of $147,799.33 plus additional interest, attorneys' fees and costs.

///

///

///

///

///

///

THE JAMES COMPANY
PROFIT SHARING PLAN v. ZENTNER III, ET AL.,
COMPLAINT

MANN ORLANSKY & POLLAK
ATTORNEYS AT LAW
1901 FIRST AVENUE – SUITE 405
SAN DIEGO, CALIFORNIA 92101

**WHEREFORE PLAINTIFF PRAYS JUDGMENT AGAINST DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:**

1. For compensatory damages of at least $147,799.33 plus additional interest, attorneys' fees and costs. according to proof.

2. For a prejudgment writ of attachment.

3. For such other and further relief as the court may deem reasonable, just, equitable and proper.

Dated: April 12, 2011                    Respectfully submitted:

MANN ORLANSKY & POLLAK

By: _____
Gary M. Orlansky, Esq.. Attorneys for Plaintiff,
THE JAMES COMPANY PROFIT SHARING
PLAN, a Washington Corporation

THE JAMES COMPANY
PROFIT SHARING PLAN v. ZENTNER III, ET AL.,
COMPLAINT

# EXHIBIT 1

FILED

BY:_____

2011 FEB -8  PM 2: 59

VIRLYNN TINNELL
SUPERIOR COURT CLERK

STEVEN M. COX, ESQ.
PCC #11552 SB #005094
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C..
5210 E. Williams Cir., 8ᵗʰ Fl.
Tucson, AZ 85711
Tel: (520) 790-5848
Fax: (520) 745-1279

Jack I. Mann, Esq. (sbn: 62001)
Gary M. Orlansky, Esq. (sbn: 82577)
Jeffrey A. Pollak, Esq. (sbn: 239575)
MANN ORLANSKY & POLLAK
1901 First Avenue, Suite 405
San Diego, CA 92101
Tel: (619) 238-5500
Fax: (619) 238-5542

Attorneys for Plaintiff,
THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation

## SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MOHAVE

|  |  |
|---|---|
| THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: CU2011-00210<br><br>**COMPLAINT:**<br><br>1.   **BREACH OF WRITTEN CONTRACT**<br>2.   **MONEY HAD AND RECEIVED** |

**PLAINTIFF, THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation HEREBY ALLEGES AS FOLLOWS:**

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1.   PLAINTIFF, THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation ("PLAINTIFF") is, and at all times herein mentioned was, a corporation with its

1

Headquarters located at 114 W. Magnolia, Suite 419, Bellingham, Washington, 98225. PLAINTIFF holds an interest in raw land located in Mohave County, Arizona, which is an investment.

2. At all times herein mentioned, DEFENDANT JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER ("DEFENDANT") was and is, an individual residing in Moorpark, California, 93021, within the County of Ventura.

3. PLAINTIFF is ignorant of the true names and capacities of DEFENDANTS sued herein as DOES 1-50, Inclusive, and therefore sues these DEFENDANTS by such fictitious names. PLAINTIFF will amend this complaint to allege their true names and capacities when ascertained.

4. At all times herein mentioned, each and every DEFENDANT herein was the agent, servant, and employee of each and every other DEFENDANT and, in doing the things hereinafter alleged, was acting in the course and scope of such agency and employment. PLAINTIFF further alleges that each DEFENDANT knowingly and willingly conspired, agreed and combined to commit the acts herein alleged and ratified, condoned and approved the actions of each and every other DEFENDANT.

5. This Court is the proper court because the Note which are the subject of the within action, was executed and delivered in the County of Mohave, State of Arizona, and DEFENDANT owns the real property which PLAINTIFF holds an interest in, located in Mohave County, Arizona. Venue is therefore appropriate by ARS § 12-401(1), (4), (5), and/or (6).

6. On or about September 24, 2005, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company loaned DEFENDANT $132,192.00. DEFENDANT signed a Note, a copy of which is attached hereto as Exhibit 1 ("the Note"). The Note was secured by a first deed of trust on property owned by DEFENDANT, consisting of raw land in Mojave County, Arizona. This raw land is not utilized as a dwelling.

7. On or about August 10, 2007and October 15, 2008, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company assigned the Note to PLAINTIFF. Both Assignments are attached hereto, collectively, as Exhibit 2.

8.      On or about October 15, 2009 DEFENDANT defaulted on the Note and has not made any payments on the Note since September 15, 2009.  By this action PLAINTIFF is suing DEFENDANT on the Note.

9.      On or about July 29, 2010, PLAINTIFF's attorneys made a demand for payment of the entire balance due on the Note of $140,511.25, plus interest of $48.12 per day after July 15, 2010 and reimbursement for legal costs of $600.00.  DEFENDANT has made no payments on the Note since the date of the above referenced demand and Plaintiff has incurred and will continue to incur damages as well as additional legal fees and costs.

## FIRST CAUSE OF ACTION

## BREACH OF WRITTEN CONTRACT

10.     PLAINTIFF realleges and incorporates herein by this reference the allegations made in paragraphs 1 through 9 inclusive, as though fully set forth herein.

11.     PLAINTIFF as well as his assignor, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company, have substantially performed all conditions, covenants and promises regarding their part to be performed according to the terms and conditions of the Note.

12.     DEFENDANT breached the terms of the Note by failing to make payments on the Note as alleged herein.

13.     As a result of DEFENDANT's breaches of the Note, PLAINTIFF has suffered, and continues to suffer damages of at least $147,799.33 plus additional interest, attorneys' fees and costs.

## SECOND CAUSE OF ACTION

## MONEY HAD AN RECEIVED (COMMON COUNT)

14.     PLAINTIFF incorporates herein by this reference the allegations made in paragraphs 1 through 13 inclusive, as though fully set forth herein.

15.     On or about, October 15, 2009, at Ventura, California, DEFENDANT became indebted to PLAINTIFF's assignor, GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company and PLAINTIFF  in the sum of $132,192.00 for money had and received by PLAINTIFF's assignor,

3

GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company. There is now owing to PLAINTIFF the sum of $147,799.33 plus additional interest, attorneys' fees and costs.

**WHEREFORE PLAINTIFF PRAYS JUDGMENT AGAINST DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:**

1.   For compensatory damages of at least $147,799.33 plus additional interest, attorneys' fees and costs. according to the Note and/or proof.

2.   For such other and further relief as the court may deem reasonable, just, equitable and proper.

Respectfully submitted this ___4th___ day of February, 2011.

MANN ORLANSKY & POLLAK

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.

By: _____
Steven M. Cox Attorneys for Plaintiff,
THE JAMES COMPANY PROFIT SHARING
PLAN, a Washington Corporation

4

# EXHIBIT 1

# NOTE

Escrow No. 291-4570089 (crw)

09/24/2005
Kingman, AZ

FOR VALUE RECEIVED, the undersigned promise(s) to pay to GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company or order, at place so designated by Payee, the principal sum of One Hundred Thirty Two Thousand One Hundred Ninety Two and 00/100ths dollars ($132,192.00), payable as follows:

In regular monthly installments of $$1,501.89 or more, on or before the __30th__ day of each month beginning __October 30, 2005__ and continuing each month thereafter until the principal balance has been paid in full, together with interest on the unpaid principal balance at the rate of 12.5% (percent) per annum from __September 30, 2005__ such interest to be included and to be first deducted from said monthly installment and the balance applied upon the principal.

PROVIDED HOWEVER, if not sooner paid, the entire unpaid principal balance, together with accrued interest, shall be all due and payable on or before __September 30, 2010__

If real property securing this Note is sold, transferred or conveyed, at the payee's option, the entire unpaid principal balance, together with accrued interest, shall become immediately due and payable.

Principal and interest payable in lawful money of the United States of America.

This Note is secured by a Deed of Trust on real property.

Should default be made in the payment of principal and interest thereon, as above provided, or other default occur in the performance of or compliance with any of the covenants or conditions of said Deed of Trust, then in any such event the holder may, in addition to such other remedies or combination of remedies holder may have under law and equity, declare the whole sum of principal and interest immediately due and payable.

Should this Note be signed by more than one person, all of the obligations herein contained shall be the joint and several obligations of each signer hereof.

This Note may not be changed orally, but only by an agreement in writing and signed by the party against whom enforcement or any waiver, change, or modification or discharge is sought.

Should suit be brought to recover on this Note, I, we, or either of us, promise to pay a reasonable attorney's fee in addition to the amount found due on this Note.

The makers and endorsers hereof severally waive diligence, demand, presentment for payment and protest, and consent to the extension of time of payment of this Note, without notice.

John R. Zentner III

ACCEPTED AND APPROVED AS TO CONTENT:

JUL 20 2007 9:57                RICUS FINANCIAL GROUP    50#   A   J1                        p.8

07/15/2007 08:11 FAX 520 321 1715          TriMark Capital Funding                          @007

Escrow Nos 292-
4576088 (cnv)                              Note - Continued

GWLR Wagon Bow Ranch, LLC, an Arizona
Limited Liability Company

By: Authorized Signor

# EXHIBIT 2

ORIGINAL

## ASSIGNMENT AND ENDORSEMENT OF NOTE

FOR VALUE RECEIVED, GWLR WAGON BOW RANCH, LLC an Arizona limited liability company, (hereinafter "Assignor"), hereby sells, assigns, endorses, and transfers to JAMES GRAY, TRUSTEE OF THE JAMES COMPANY PROFIT SHARING PLAN (hereinafter "Assignee"), all of the Assignor's right, title and interest in and to that certain Note attached hereto and executed by JOHN R. ZENTNER, III, Maker, in the original face amount of $132,192.00 Dated September 24, 2005, and secured by that certain Deed of Trust dated September 24, 2005, and recorded under Instrument No. 2005108435 Records of Mohave County, State of Arizona.

The Assignor represents and warrants to the Assignee that Assignor is the holder of the Note and Deed of Trust, that Assignor has good right and full authority to make this assignment, that there are no offsets or claim which have been made, or to the best of Assignor's knowledge, can be made by the maker, and that there is now unpaid on the Note the total principle sum of ($129,479.39).

IN WITNESS WHEREOF this Assignment and Endorsement of Note is executed this___10___day of August 2007.

GWLR Wagon Bow Ranch, LLC, an Arizona limited liability company
By: GWLR, LLC, a Delaware limited liability company, it's member
By: Great Western Land and Recreation, Inc., a Nevada corporation, it's managing member

Ramon Garcia, Vice President and Secretary          (Assignor)
Great Western Land and Recreation, Inc.

STATE OF TEXAS          }
County of Harris          }

On this___10___day of August 2007 before me the undersigned, a Notary Public in and for the State of Texas, duly commissioned and sworn, personally appeared RAMON GARCIA to me known to be the Vice President and Secretary, respectively of GREAT WESTERN LAND AND RECREATION, INC., a Delaware corporation the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

Notary Public in and for the State of Texas
Residing at Houston, TX

My commission expires on: 4/19/011

JOHN LEWIS
Notary Public
STATE OF TEXAS
My Comm. Exp. Apr. 16, 2011

## ASSIGNMENT AND ENDORSEMENT OF NOTE

FOR VALUE RECEIVED, WITHOUT RECOURSE, GWLR WAGON BOW RANCH, LLC an Arizona limited liability company, (hereinafter "Assignor"), hereby sells, assigns, endorses, and transfers to JAMES GRAY, TRUSTEE OF THE JAMES COMPANY PROFIT SHARING PLAN (hereinafter "Assignee"), all of the Assignor's right, title and interest in and to that certain Note attached hereto and executed by JOHN R. ZENTNER, III, Maker, in the original face amount of $132,192.00 Dated September 24, 2005, and secured by that certain Deed of Trust dated September 24, 2005, and recorded under Instrument No. 2005108435 Records of Mohave County, State of Arizona.

The Assignor represents and warrants to the Assignee that Assignor is the holder of the Note and Deed of Trust, that Assignor has good right and full authority to make this assignment, that there are no offsets or claim which have been made, or to the best of Assignor's knowledge, can be made by the maker and that there is now unpaid on the Note the total principle sum of ($128,208.61) interest paid to 2/1/2008.

*The purpose of this assignment is to convey all of the remaining right, title, and interest of GWLR Wagon Bow Ranch, LLC, GWLR, LLC, and Great Western Land and Recreation, Inc. to the grantee herein.

IN WITNESS WHEREOF this Assignment and Endorsement of Note is executed this ___15___ day of October 2008.

GWLR Wagon Bow Ranch, LLC, an Arizona limited liability company
By: GWLR, LLC, a Delaware limited liability company, it's member
By: Great Western Land and Recreation, Inc., a Nevada corporation, it's managing member

David Weber, as President and Secretary of          (Assignor)
Great Western Land and Recreation, Inc.

STATE OF TEXAS
County of Waller

On this ___15th___ day of October 2008 before me the undersigned, a Notary Public in and for the State of Texas, duly commissioned and sworn, personally appeared DAVID WEBER to me known to be the President and Secretary, respectively of GREAT WESTERN LAND AND RECREATION, INC., a Nevada corporation the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

Notary Public in and for the State of Texas
Residing at Houston, TX

My commission expires on: May 18, 2011

TAMMY LEE EVANS
Notary Public, State of Texas
My Commission Expires
May 18, 2011

# EXHIBIT 2

IN THE ARIZONA SUPERIOR COURT, STATE OF ARIZONA, COUNTY OF MOHAVE

CASE NO.   CV2011-00210

THE JAMES COMPANY PROFIT SHARING PLAN                    ATLAS NO.
                              vs
JOHN R. ZENTNER, III                                     CERTIFICATE OF SERVICE

STATE OF   CALIFORNIA
COUNTY OF   LOS ANGELES

The undersigned being authorized to serve certifies under penalty of perjury:
on the ___23rd___ day of ___February___, 20<sup>11</sup> I received:
CIVIL SUMMONS; COMPLAINT; EXHIBITS 1-2; CERTIFICATE ON COMPULSORY ARBITRATION

from E-Z Messenger an Executive Process, LLC Operation for
WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW Attorney(s) and in each instance I
personally served a copy of each document listed above on those named below in
the manner and at the time and place shown, hereinafter set forth, to wit:

DEFENDANT(S) SERVED
JOHN R. ZENTNER, III AKA JOHN R. ZENTNER, JR. AKA JOHN ZENTNER AKA JOHN R.
ZENTNER
ADDRESS WHERE SERVED:   12006 Nelson Road

      CITY/STATE/ZIP:   Moorpark, CA 93021

            DATE SERVED: 3 / 9 / 11 · TIME SERVED: 6 : 40   AM / (PM)
MANNER OF SERVICE
Indicate Defendant(s) served by placing an "X" in the proper box
( ) PERSONALLY, by serving the above named individual(s)
(X) by leaving copies at the dwelling house, or usual place of abode,
    by delivering to and leaving a true and correct copy thereof
    with a person of suitable age and descretion, residing therein
    to wit: Mr. Zentner (Wht male, 50's, 5'11, 180lbs, brn hair and eyes)- co occupant bu
( ) by service upon: _____  would not provide @ st
( ) by service upon its STATUTORY AGENT: _____  name
( ) by service upon a CORPORATE OFFICER, NAME : _____
                                         TITLE: _____

I certify that "MILITARY STATUS" was checked and the
defendant(s) _____ ARE  X  ARE NOT in the "ACTIVE MILITARY."
     If so, what branch: _____

I certify under penalty of perjury that the forgoing is true and correct.
Executed on ___3/9/11___

                                    _____
                                           Process Server

2042665
4852

2042665

# EXHIBIT 3

STEVEN M. COX, ESQ.
PCC #11552 SB #005094
**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C..**
5210 E. Williams Cir., 8th Fl.
Tucson, AZ 85711
Tel: (520) 790-5828
Fax: (520) 745-1279

Jack I. Mann, Esq. (sbn: 62001)
Gary M. Orlansky, Esq. (sbn: 82577)
Jeffrey A. Pollak, Esq. (sbn: 239575)
**MANN ORLANSKY & POLLAK**
1901 First Avenue, Suite 405
San Diego, CA 92101
Tel: (619) 238-5500
Fax: (619) 238-5542

**Attorneys for Plaintiff, THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation**

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-50, Inclusive, <br><br> Defendants. | No. **CV2011-00210** <br><br> APPLICATION FOR DEFAULT AND ENTRY OF DEFAULT <br><br> Assigned to: |

Steven M. Cox, Attorney for Plaintiff, asks the Court to enter default of the Defendant.

I served Defendant with a copy of the Complaint and Summons, and Defendant has failed to plead or otherwise defend in this action within the time required by law.

Defendant is not in the military service.

**Notice to Defendant:** If you do not file a written response with the Court or otherwise defend

this action within 10 days of this Application being filed, a default judgment may be entered against you.

DATED this __11th__ day of April, 2011.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA

By: _Steven M. Cox_____

Steven M. Cox
Attorneys for Plaintiff

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF PIMA      )

SUBSCRIBED AND SWORN to before me this 11th day of April, 2011 by Steven M. Cox.

ABBY MOORE
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Sept. 25, 2011

[seal]

_Abby Moore_____
Notary Public

### CERTIFICATE OF SERVICE

I certify that a copy of this Application was sent to the Defendants and their attorney if they have one at the address below by first-class mail, postage prepaid on this date April 11, 2011.

DEFENDANTS

John R. Zentnrer III
a/k/a John R. Zentner, Jr.
a/k/a John Zentner
a/k/a John Ralph Zentner
a/k/a John R. Zentner
12006 Nelson Rd.
Moonpark, CA 93021

DATED this __11__ day of April, 2011.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA

By: _Steven M. Cox_____

Steven M. Cox
Attorneys for Plaintiff

-2-

## ENTRY OF DEFAULT

Defendants were properly served with the necessary papers in this case.

Defendants failed to respond/answer in the manner or time required by law.

Default of the Defendants is entered.

DATED: _____.

VIRLYNN TINNELL
CLERK OF THE SUPERIOR COURT

By:_____
Deputy Clerk

-3-

LAW OFFICES

WATERFALL ▾ ECONOMIDIS ▾ CALDWELL
HANSHAW ▾ VILLAMANA
A Professional Corporation
www.wechv.com

WILLIAMS CENTRE
EIGHTH FLOOR
5210 EAST WILLIAMS CIRCLE
TUCSON, ARIZONA  85711-4478
(520) 790-5828
fax (520) 745-1279

# MEMO

**To:**      **Clerk of the Superior court**

**From:**    **Dave Synnestvedt**

**Date:**    **April 11, 2011**

**Subject:**  **CV2011-00210 James Co. V Zentner**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Please file the enclosed Application and Entry of Default and return a conformed copy after Default has been entered by the Clerk of Court. A return SASE is enclosed. Thank you for your assistance.

# EXHIBIT 4

Jul 20 2007 8:57                    RICUS FINANCING GROUP    50         01                    p.7

07/20/2007 09:11 FAX 623 321 171      TriMark Capital Funding                          @008

# NOTE

Escrow No. 291-4570089 (crw)

09/24/2005
Kingman, AZ

FOR VALUE RECEIVED, the undersigned promise(s) to pay to GWLR Wagon Bow Ranch, LLC, an Arizona Limited Liability Company or order, at place so designated by Payee, the principal sum of One Hundred Thirty Two Thousand One Hundred Ninety Two  and 00/100ths dollars ($132,192.00), payable as follows:

In regular monthly installments of $$1,501.89 or more, on or before the __30th__ day of each month beginning __October 30, 2005__ and continuing each month thereafter until the principal balance has been paid in full, together with interest on the unpaid principal balance at the rate of 12.5% (percent) per annum from __September 30, 2005__, such interest to be included and to be first deducted from said monthly installment and the balance applied upon the principal.

PROVIDED HOWEVER, if not sooner paid, the entire unpaid principal balance, together with accrued interest, shall be all due and payable on or before __September 30, 2010__

If real property securing this Note is sold, transferred or conveyed, at the payee's option, the entire unpaid principal balance, together with accrued interest, shall become immediately due and payable.

Principal and interest payable in lawful money of the United States of America.

This Note is secured by a Deed of Trust on real property.

Should default be made in the payment of principal and interest thereon, as above provided, or other default occur in the performance of or compliance with any of the covenants or conditions of said Deed of Trust, then in any such event the holder may, in addition to such other remedies or combination of remedies holder may have under law and equity, declare the whole sum of principal and interest immediately due and payable.

Should this Note be signed by more than one person, all of the obligations herein contained shall be the joint and several obligations of each signer hereof.

This Note may not be changed orally, but only by an agreement in writing and signed by the party against whom enforcement or any waiver, change, or modification or discharge is sought.

Should suit be brought to recover on this Note, I, we, or either of us, promise to pay a reasonable attorney's fee in addition to the amount found due on this Note.

The makers and endorsers hereof severally waive diligence, demand, presentment for payment and protest, and consent to the extension of time of payment of this Note, without notice.

_____
John R. Zentner III

ACCEPTED AND APPROVED AS TO CONTENT:

07/20/2007 08:11 FAX 010 321 1710          TriMark Capital Funding                    @007

Escrow No: 202-
4576099 (cnw)                             Note - Continued

GWLR Wagon Bow Ranch, LLC, an Arizona
Limited Liability Company

By: Authorized Signor

# EXHIBIT 5

ORIGINAL

## ASSIGNMENT AND ENDORSEMENT OF NOTE

FOR VALUE RECEIVED, GWLR WAGON BOW RANCH, LLC an Arizona limited liability company, (hereinafter "Assignor"), hereby sells, assigns, endorses, and transfers to JAMES GRAY, TRUSTEE OF THE JAMES COMPANY PROFIT SHARING PLAN (hereinafter "Assignee"), all of the Assignor's right, title and interest in and to that certain Note attached hereto and executed by JOHN R. ZENTNER, III, Maker, in the original face amount of $132,192.00 Dated September 24, 2005, and secured by that certain Deed of Trust dated September 24, 2005, and recorded under Instrument No. 2005108435 Records of Mohave County, State of Arizona.

The Assignor represents and warrants to the Assignee that Assignor is the holder of the Note and Deed of Trust, that Assignor has good right and full authority to make this assignment, that there are no offsets or claim which have been made, or to the best of Assignor's knowledge, can be made by the maker, and that there is now unpaid on the Note the total principle sum of ($129,479.39).

IN WITNESS WHEREOF this Assignment and Endorsement of Note is executed this___10___day of August 2007.

GWLR Wagon Bow Ranch, LLC, an Arizona limited liability company
By: GWLR, LLC, a Delaware limited liability company, it's member
By: Great Western Land and Recreation, Inc., a Nevada corporation, it's managing member

_____
Ramon Garcia, Vice President and Secretary          (Assignor)
Great Western Land and Recreation, Inc.

STATE OF TEXAS          }
County of Harris          }

On this __10__ day of August 2007 before me the undersigned, a Notary Public in and for the State of Texas, duly commissioned and sworn, personally appeared RAMON GARCIA to me known to be the Vice President and Secretary, respectively of GREAT WESTERN LAND AND RECREATION, INC., a Delaware corporation the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

_____
Notary Public in and for the State of Texas
Residing at Houston, TX

My commission expires on: ___4/16/07___

JOHN LEWIS
Notary Public
STATE OF TEXAS
My Comm. Exp. Apr. 16, 2011

## ASSIGNMENT AND ENDORSEMENT OF NOTE

FOR VALUE RECEIVED, WITHOUT RECOURSE, GWLR WAGON BOW RANCH, LLC an Arizona limited liability company, (hereinafter "Assignor"), hereby sells, assigns, endorses, and transfers to JAMES GRAY, TRUSTEE OF THE JAMES COMPANY PROFIT SHARING PLAN (hereinafter "Assignee"), all of the Assignor's right, title and interest in and to that certain Note attached hereto and executed by JOHN R. ZENTNER, III, Maker, in the original face amount of $132,192.00 Dated September 24, 2005, and secured by that certain Deed of Trust dated September 24, 2005, and recorded under Instrument No. 2005108435 Records of Mohave County, State of Arizona.

The Assignor represents and warrants to the Assignee that Assignor is the holder of the Note and Deed of Trust, that Assignor has good right and full authority to make this assignment, that there are no offsets or claim which have been made, or to the best of Assignor's knowledge, can be made by the maker and that there is now unpaid on the Note the total principle sum of ($128,208.61) interest paid to 2/1/2008.

*The purpose of this assignment is to convey all of the remaining right, title, and interest of GWLR Wagon Bow Ranch, LLC, GWLR, LLC, and Great Western Land and Recreation, Inc. to the grantee herein.

IN WITNESS WHEREOF this Assignment and Endorsement of Note is executed this ___15___ day of October 2008.

GWLR Wagon Bow Ranch, LLC, an Arizona limited liability company
By: GWLR, LLC, a Delaware limited liability company, it's member
By: Great Western Land and Recreation, Inc., a Nevada corporation, it's managing member

David Weber, as President and Secretary of          (Assignor)
Great Western Land and Recreation, Inc.

STATE OF TEXAS      )
County of __Waller__ )

On this ___15th___ day of October 2008 before me the undersigned, a Notary Public in and for the State of Texas, duly commissioned and sworn, personally appeared DAVID WEBER to me known to be the President and Secretary, respectively of GREAT WESTERN LAND AND RECREATION, INC., a Nevada corporation the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he is authorized to execute the said instrument and that the seal affixed is the corporate seal of said corporation.

Notary Public in and for the State of Texas
Residing at Houston, TX

My commission expires on: __May 18, 2011__

TAMMY LEE EVANS
Notary Public, State of Texas
My Commission Expires
May 18, 2011

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 3181 DDP (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Gary M. Orlansky (SB #082577)
MANN ORLANSKY & POLLAK
1901 First Avenue, Suite 405
San Diego, CA 92101
Tel. (619) 238-5500
Fax (619) 238-5542

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation, <br><br> PLAINTIFF(S) <br> v. <br><br> JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-10 <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV11 03181 DDP JCG** <br><br><br> **SUMMONS** |

TO: DEFENDANT(S): <u>JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER</u>
<u>aka JOHN ZENTNER aka JOHN R. ZENTNER</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Gary M. Orlansky</u>, whose address is <u>1901 First Avenue, Suite 405, San Diego, CA, 92101</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

CHRISTOPHER POWERS

Dated: __APR 1 4 2011__

By: _____
Deputy Clerk

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STAT... ISTRICT COURT— CENTRAL DISTRICT   CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation | **DEFENDANTS**<br>JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZFNTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-10, Inclusive, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Gary M. Orlansky (SB # 082577) MANN ORLANSKY & POLLAK<br>1901 First Avenue, Suite 405, San Diego, CA 92101<br>(619) 238-5500 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No      ☑ **MONEY DEMANDED IN COMPLAINT: $** 147, 799.33 plus fees & costs

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☑ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11 03181

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| | | |
|---|---|---|
| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |

**UNITED STAT**    **DISTRICT COURT** CENTRAL DISTRICT    **CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington State |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | Washington State |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date April 12, 2011

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |