| | |
|---|---|
| | _____ Priority |
| | ✓ **Send** |
| UNITED STATES DISTRICT COURT | _____ Clsd |
| CENTRAL DISTRICT OF CALIFORNIA | _____ Enter |
| | _____ JS-5/JS-6 |
| CIVIL MINUTES -- GENERAL | _____ JS-2/JS-3 |
| | _____ Scan Only |

Case No.   CV 11-03181 DDP (JCGx)                     Dated: April 26, 2011

Title:   THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation -v- JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN RALPH ZENTNER JR., aka JOHN ZENTNER aka JOHN R. ZENTNER

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information.  The address is **"http://www.cacd.uscourts.gov"**.

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

The Court requires delivery of <u>two</u> non-blue backed Mandatory Chambers Copies* of <u>only</u> the following manual and electronically filed documents to Room 244-J:

(1)      All noticed motions and related documents;

(2)      All *ex parte* applications and related documents; and

(3)      <u>All exhibits and attachments must be separately tabbed.</u>

*[Refer to the Court's General Order No. 08-02 regarding ECF Courtesy Paper Copies.]*

**Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.**

MINUTES FORM 11                          Initials of Deputy Clerk __JAC_____
CIVIL -- GEN

| | |
|---|---|
| ____ | Priority |
| ✓ | **Send** |
| ____ | Clsd |
| ____ | Enter |
| ____ | JS-5/JS-6 |
| ____ | JS-2/JS-3 |
| ____ | Scan Only |

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk __JAC_____