Gary M. Orlansky, Esq. (SBN: 82577)
MANN ORLANSKY & POLLAK
1901 First Avenue, Suite 405
San Diego, CA 92101
Tel: (619) 238-5500
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JAMES COMPANY PROFIT SHARING PLAN, a Washington Corporation,<br><br>Plaintiff(s),<br><br>v.<br>JOHN R. ZENTNER III aka JOHN R. ZENTNER JR. aka JOHN Ralph ZENTNER JR. aka JOHN ZENTNER aka JOHN R. ZENTNER , and DOES 1-50, Inclusive,<br>Defendant(s). | CASE NUMBER<br><br>2:11-cv-03181-DDP -JCG<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| June 8, 2011 | /s/ Gary M. Orlansky |
| *Date* | *Signature of Attorney/Party* |

*NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

*    **F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***